McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States


FILED
JUN 22 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $383,040.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $7,000.00 IN MONEY ORDERS,<br><br>Defendants. | 2:18-CV-01684-JAM-AC<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 8, 2018, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $383,040.00 in U.S. Currency and defendant Approximately $7,000.00 in Money Orders (hereafter "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981 (a)(1)(A) for one or more violations of 21 U.S.C. §§ 841 *et seq.* and 18 U.S.C. §§ 1956 and 1957;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Richard J. Britt, there is probable cause to believe that the defendant assets so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant

1

to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: 6/22/2018

KENDALL J. NEWMAN
United States Magistrate Judge