McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $383,040.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $7,000.00 IN MONEY ORDERS,<br><br>      Defendants. | 2:18-CV-01684-JAM-AC<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM AUGUST 21, 2018 TO OCTOBER 23, 2018 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from August 21, 2018 to October 23, 2018.

IT IS SO ORDERED.

Dated: 8/10/2018　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge