McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $383,040.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $7,000.00 IN MONEY ORDERS,<br><br>Defendants. | 2:18-CV-01684-JAM-AC<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM OCTOBER 23, 2018 TO NOVEMBER 21, 2018 |

Pursuant to the parties Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from October 23, 2018 to November 21, 2018.

IT IS SO ORDERED.

Dated: 10/19/2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge